[Cite as *State ex rel. Moss v. Sezon*, 2019-Ohio-1599.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# ASHTABULA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO ex rel. DAVID V. MOSS, | : | **PER CURIAM OPINION** |
| Relator, | : | |
| - vs - | : | **CASE NO. 2018-A-0099** |
| MARIANNE SEZON, JUDGE, | : | |
| Respondent. | : | |

Original Action for Writ of Procedendo

Judgment: Petition dismissed.

*David Moss,* pro se, A684-335, Lake Erie Correctional Institution, P.O. Box 8000, 501 Thompson Road, Conneaut, Ohio 44030 (Relator).

*Nicholas Iarooci*, Ashtabula County Prosecutor, and *Shelly Pratt,* Assistant Prosecutor Ashtabula County Courthouse, 25 West Jefferson Street, Jefferson, Ohio 44047-1092. (For Respondent).

PER CURIAM.

{¶1} Relator, David V. Moss, petitions for a writ of procedendo compelling Respondent, Judge Marianne Sezon, to rule on his motion for additional jail-time credit. In her motion to dismiss, Respondent asserts, and Relator does not contest, that judgment on the jail-time credit motion has been rendered.

{¶2} Accordingly, this action is moot*. State ex rel. Davies v. Schroeder,* 11th Dist. Ashtabula No. 2013-A-0059*,* 2014-Ohio-973, ¶8. Relator's petition is dismissed.

CYNTHIA WESTCOTT RICE, J., THOMAS R. WRIGHT, P.J., MARY JANE TRAPP, J., concur.